NH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Adrian De Leon Vazquez,

Petitioner,

v.

Todd Lyons, et al.,

Respondents.

No.   CV-26-04319-PHX-SPL

**ORDER**

Self-represented Petitioner Adrian De Leon Vazquez, who is confined in the San Luis Regional Detention Center, filed this action under 28 U.S.C. § 2241 challenging his immigration detention (Doc. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 3). Petitioner's Application indicates that he has no income due to being detained by Immigration and Customs Enforcement and that he has no assets. The Court will grant Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs. Petitioner is not required to pay the filing fee for this action.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED:**

(1)    Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 3) is **granted**.  Petitioner is not required to pay the filing fee for this action.

(2)    The Clerk of Court must correct Petitioner's address to:

San Luis Regional Detention Center
P.O. Box 7710
San Luis, Arizona 85349

Dated this 25th day of June, 2026.

Honorable Steven P. Logan
United States District Judge

- 2 -